IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 15-20016-01-CM-DJW |
| | ) |
| JAY N. GIANNUKOS, | ) |
| | ) |
| Defendant. | ) |

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

On or about January 15, 2015, in the District of Kansas, the defendant,

**JAY N. GIANNUKOS,**

knowingly and intentionally possessed with intent to distribute a quantity of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about January 15, 2015, in the District of Kansas, the defendant,

**JAY N. GIANNUKOS,**

did knowingly, intentionally, and unlawfully possess firearms, that is, a .40 caliber Smith & Wesson pistol, Model SW40V, serial number PAN4513, and a .22 caliber Smith & Wesson revolver, serial number 62613; in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, in violation of Title 18, United States Code, Section 924(c).

## COUNT 3

On or about January 15, 2015, in the District of Kansas, the defendant,

**JAY N. GIANNUKOS,**

who had been convicted in 2013, case number 12CR0443, of Distribution of Methamphetamine, Forgery, and Identity Theft, in the District Court of Johnson County, Kansas; crimes which were punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms, namely, a .40 caliber Smith & Wesson pistol, Model SW40V, serial number PAN4513, and a .22 caliber Smith & Wesson revolver, serial number 62613, and ammunition; which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

On or about January 15, 2015, in the District of Kansas, the defendant,

**JAY N. GIANNUKOS,**

with intent to defraud, falsely made, forged, counterfeited and altered, any obligation of the United States, that is, Federal Reserve Notes in the denominations of one hundred dollars, fifty dollars, and twenty dollars; which he then knew to be falsely made, forged, and counterfeited.

This is in violation of Title 18, United States Code, Section 471.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 3 of the Indictment are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

### FORFEITURE NOTICE - CONTROLLED SUBSTANCES VIOLATIONS

2. Upon conviction of the offense identified in Count 1, the defendant,

**JAY N. GIANNUKOS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to a .40 caliber Smith & Wesson pistol, Model SW40V, serial number PAN4513, and a .22 caliber Smith & Wesson revolver, serial number 62613, and ammunition, seized by law enforcement, in the District of Kansas, on January 15, 2015.

All pursuant to Title 21, United States Code, Section 853.

### FORFEITURE NOTICE - FIREARMS VIOLATIONS

3. Upon conviction of the offenses identified in Counts 2 - 3, the defendant,

**JAY N. GIANNUKOS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved the commission of the offenses, including, but not limited to, a .40 caliber Smith & Wesson pistol, Model SW40V, serial number PAN4513, and a .22 caliber Smith & Wesson revolver, serial number 62613, and ammunition, seized by law enforcement, in the District

of Kansas, on January 15, 2015.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

4.  If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.


DATED: February 19, 2015         *s/ Foreperson*
                                 FOREPERSON OF THE GRAND JURY

*s/ Terra D. Morehead #12759*
BARRY R. GRISSOM, Ks. S. Ct. No. 10866
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

4

**PENALTIES:**

**Count 1:**

- NMT 20 years Imprisonment,
- NMT $1,000,000.00 Fine,
- NLT 3 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

In the event of a prior conviction for a felony drug offense:

- NMT 30 years Imprisonment,
- NMT $2,000,000.00 Fine,
- NLT 6 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

**Count 2:**

- NLT Mandatory Minimum 5 Years, NMT Life Imprisonment (consecutive),
- NMT $250,000.00 Fine,
- NMT 5 Years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

**Count 3:**

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

**Count 4:**

- NMT 20 years imprisonment,
- NMT $250,000.00 fine,
- NMT 3 years S.R., and
- $100 Special Assessment.