CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.	Case No:  15-20016-01

Jay Giannukos

        Defendant.

**Attorney for Plaintiff: Terra Morehead**
**Attorney for Defendant: Che Ramsey, Kirk Redmond,**

| JUDGE: | Carlos Murguia | DATE: | 7/17/2015 |
|---|---|---|---|
| CLERK: | Sarah Spegal | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | | PROBATION: | |

**Limine Motion Hearing**

Defendant appears in person and with counsel.

The court hears brief arguments.

Defendant's Motion in Limine (Doc. 31) is granted in part and denied in part.

Trial begins 8/3/15 at 9:00 AM.

Defendant remanded to custody.