**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                                      Case No. 15-20016-01-DDC

JAY N. GIANNUKOS (01),

        Defendant.

**Attorney for Plaintiff: Scott C. Rask**
**Attorney for Defendant: Angela L. Williams**

| JUDGE: | Daniel D. Crabtree | DATE: | 12/10/2020 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | Ruth Yorke |

# MOTION HEARING

Defendant appears by Zoom Video Conference from CoreCivic upon consent.

The following motion is before the court:

> Doc. 154 – Defendant's Motion to Compel Discovery – **REMAINS PENDING as set forth in full on the record.**

The court hears from counsel on the motion.

**The court sets the pending motion for another motion hearing on January 14, 2021, at 9:00 a.m.**

**The court orders that a status report be filed by January 7, 2021.**

**Defendant remanded to custody.**