**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 15-20016-01-DDC

JAY N. GIANNUKOS (01),

        Defendant.

**Attorney for Plaintiff: Scott C. Rask**
**Attorney for Defendant: Angela L. Williams**

| JUDGE: | Daniel D. Crabtree | DATE: | 1/28/2021 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: |  | PROBATION: | Ruth Yorke |

# MOTION HEARING

Defendant appears by Zoom Video Conference from CoreCivic upon consent.

The following motion is before the court:

    Doc. 154 – Defendant's Motion to Compel Discovery – **REMAINS PENDING as set forth in full on the record.**

The court hears from counsel on the motion.

Defendant's counsel orally moves for the sentencing hearing to be scheduled a month out.  Government's counsel has no objection.

**The court grants the oral motion and sets the case for a sentencing hearing on March 4, 2021, at 1:30 p.m.**

**The court sets the following deadlines:**

    **February 22, 2021 – defendant's counsel must file a status report stating whether the case is ready for sentencing.**

    **February 26, 2021 – any response from the government is due.**

**Defendant remanded to custody.**