**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 15-20016-01-DDC

JAY N. GIANNUKOS (01),

        Defendant.

**Attorney for Plaintiff: Scott C. Rask**
**Attorney for Defendant: Angela L. Williams**

| JUDGE: | Daniel D. Crabtree | DATE: | 2/25/2021 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: |  | PROBATION: | Ruth Yorke |

# MOTION HEARING

Defendant appears by Zoom Video Conference from CoreCivic upon consent.

The following motions are before the court:

    Doc. 154 – Defendant's Motion to Compel Discovery – **REMAINING PORTIONS PENDING FOUND AS MOOT as set forth in full on the record.**

    Doc. 183 – (PRO SE) Defendant's Motion to Compel His Own Copy of Discovery – **DISMISSED AS MOOT as set forth in full on the record.**

The court hears from counsel on the pending motions.

**The court vacates the March 4, 2021 sentencing setting.**

**The court orders defendant's counsel to file a status report by March 8, 2021 that advises the court when the case will be in a position for sentencing.**

**Defendant remanded to custody.**