PS42 (7/93)  
D/KS (06/15)

1186541

# United States District Court
### District of Kansas

**United States of America**

vs.

**Jay N. Giannukos**

Filed in Open Court  
06/14/2023  
Skyler B. O'Hara  
By _M. Ganett_  
Deputy

Case No.   1083 2:15CR20016-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jay N. Giannukos, have discussed with Ruth Yorke, Pretrial Services Officer, modifications of my release conditions as follows:

1. Suspend the condition of "The defendant must abide by the following restrictions on personal association, residence, or travel:  Travel is restricted to the District of Kansas and the Kansas City metropolitan area. All other travel must be approved in advance by Pretrial Services."

I consent to this modification of my release conditions and agree to abide by this modification.

_____  06/14/2023        _____  06/14/2023  
Signature of Defendant       Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     6/14/2023  
Signature of Defense Counsel                  Date

_____                     6/14/2023  
Signature of U.S. Attorney                    Date

[X] The above modification of conditions of release is ordered, to be effective on 14 June 2023.  
[ ] The above modification of conditions of release is *not* ordered.

_____                     14 June 2023  
Signature of Judicial Officer                 Date